MARIE B. BIRKMIRE, Appellant, *v.* CAMPUS REALTY CORPORATION et al., Respondents.

(Argued April 2, 1930; decided May 6, 1930.)

*Douglas Mathewson* and *Joseph T. Brown* for appellant. *Harding Johnson* for respondents.

Judgment of the Appellate Division reversed and that of the Special Term affirmed, with costs in this court and in the Appellate Division, on the dissenting opinion of PROSKAUER, J., at the Appellate Division; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.